# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LIEUTENANT COLONEL ALMA T. AUGUSTUS,** Pro se, <br><br>    Plaintiff, <br><br> vs. <br><br> **THE HONORABLE THOMAS E. WHITE SECRETARY OF THE ARMY** <br><br>    Defendant | Case No.: 1:02CV02545 (RWR) |

### PLAINTIFF'S MOTION TO COMPEL PREPARATION OF A VAUGHN INDEX

Plaintiff moves this Court for an order requiring the Defendant to provide an itemized, indexed inventory of every agency record or portion thereof responsive to the Court's order to produce the administrative record (during the Status Conference on January 14, 2005) which Defendant asserts to be exempt from disclosure, accompanied by a detailed justification statement covering each refusal to release records or portions thereof in accordance with the indexing requirements of Vaughn v. Rosen, 484 F.2d 820 (D.C. Cir. 1973), cert. denied, 415 U.S. 977 (1974).

Pursuant to the Local Rule of Civil Procedures Plaintiff made an attempt to contact the Defendant regarding requests for extension of time and the Vaughn Index to resolve procedural issues.

Respectfully submitted,

Alma T. Augustus, Pro Se
5601 Seminary Road 1504N
Falls Church, Virginia 22041
(850) 393-6095

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LIEUTENANT COLONEL ALMA T. AUGUSTUS,** Pro se, <br><br>    Plaintiff, <br><br>  vs. <br><br>**THE HONORABLE THOMAS E. WHITE SECRETARY OF THE ARMY** <br><br>    Defendant | Case No.: 1:02CV02545 (RWR) |

## ORDER TO COMPEL
## PREPARATION OF VAUGHN INDEX

For the reasons stated in Plaintiff's Motion to Compel Preparation of a Vaughn Index and for good cause shown in Plaintiff's Memorandum in Support, the Court hereby permits the Plaintiff's Motion To Compel Preparation of Vaughn Index.

IT IS SO ORDERED by the Court,

this _____ day of _____ 2005

                   _____
                   The Honorable Richard Roberts